UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY L. GARROTT,

        Plaintiff,

    v.

DEPUTY SECRETARY EARL WRIGHT, et al.

        Defendants.

CASE NO. C10-5417BHS/JRC

ORDER TO PROVIDE SERVICE COPIES

    This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

    Plaintiff is proceeding in forma pauperis. Plaintiff must provide copies of his original complaint for service. The court needs a minimum of five copies of the complaint. Plaintiff will have until **August 6, 2010**, to provide the copies. Failure to provide those documents will result

ORDER - 1

in a Report and Recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

The clerk's office is directed to send plaintiff a copy of this order and note the August 6, 2010, deadline on the court's calendar.

DATED this 8th day of July, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2